UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ARAGON LERMA,<br><br>　　　　　　　　Defendant. | Case No. 24-101 BAT<br><br>DETENTION ORDER |

Defendant Martin Aragon Lerma is charged with possession of a controlled substance with intent to distribute, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C). The Court held a detention hearing on February 28, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Lerma is charged with an offense with a maximum sentence of life and an offense with a maximum term of ten years or more under the Controlled Substances Act.

2. There is a rebuttable presumption that no condition or combination of conditions

DETENTION ORDER - 1

will reasonably assure the appearance of the person as required and the safety of the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Lerma as required and the safety of the community.

4. Mr. Lerma stipulated to detention.

5. Upon advice of counsel, Mr. Lerma declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

6. Mr. Lerma poses a risk of nonappearance due to use of an alias and that he was not interviewed so his ties to this district are unknown. Mr. Lerma poses a risk of danger due to the nature of the offense involving fentanyl. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Lerma's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Lerma shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Lerma shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Lerma is confined shall deliver Mr. Lerma to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Lerma, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of February, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3